Jeffrey J. Lowe
**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-3019 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jean Davis, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff Dorothy Haywood in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: 1/5, 2010 | By: *[signature]* |
| 2 | | |
| 3 | | **The Lowe Law Firm**<br>8235 Forsyth Blvd, Suite 1100<br>St. Louis, Missouri 63105 |
| 4 | | Telephone: 314.678.3400<br>Facsimile: 314.678.3401 |
| 5 | | Attorneys for Plaintiffs |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: 1/27, 2010 | By: *[signature]* |
| 8 | | |
| 9 | | **DLA PIPER LLP (US)** |
| 10 | | 1251 Avenue of the Americas<br>New York, New York 10020 |
| 11 | | Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 12 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE